# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MORGAN STANLEY SMITH BARNEY LLC**<br>Plaintiff<br><br>v.<br><br>**DEPENDRA KUMAR LOGANI**<br>Defendant | **CIVIL ACTION NO.**<br>**2:20-cv-04887** |

## ORDER

**AND NOW**, this 3rd day of August, 2022, upon review of Plaintiff Morgan Stanley's Motion to Enforce Court Order and Motion for Sanctions (ECF 25), this Court's July 15, 2022 Order requiring Defendant Logani to respond to Plaintiff's Motion on or before July 22, 2022 (ECF 26), and Defendant Logani's failure to respond to this Motion as of today's date, it is hereby **ORDERED** that, Plaintiff's Motion is **GRANTED**.

Defendant shall appear for a deposition in the offices of Plaintiff's counsel, within thirty (30) days, as may be noticed, with at least seven (7) days' advance notice, and shall answer all questions and bring documents in the Defendant's possession, custody, or control, as requested.

If Defendant does not comply with this Order, Plaintiff may file a Motion for Contempt and/or Sanctions.

                                                 **BY THE COURT:**

                                                 /s/ Michael M. Baylson

                                               **MICHAEL M. BAYLSON**
                                               **United States District Judge**